# AFFIDAVIT

## Introduction and Background

I, Justin D Koble, Postal Inspector with The United States Postal Inspection Service, being duly sworn, depose and say:

1.      I am a United States Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July 2014.  I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office.  In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, § 841(a)(1) (manufacturing, distribution, or possession with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy).  In addition, I am responsible for investigating possible violations of Title 18, United States Code, § 1956 and 1957 (money laundering).

2.      I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions.  I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds.  My current assignment to the Columbus Processing and Distribution Center (P&DC) involves investigating the use of the U.S. Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3.      The facts in this affidavit come from my personal observations, my training, experience, and information obtained from other law enforcement personnel and from persons

with knowledge regarding relevant facts and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to find violations of Title 21, United States Code, Section 846, 841(a)(1) and (b)(1)(B)(vi), conspiracy to distribute and possess with intent to distribute 40 grams or more of fentanyl and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), possession with intent to distribute a detectable amount of fentanyl and methamphetamine, in support of the requested criminal complaint and arrest warrant.

4. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and criminal complaint, your affiant did not include each and every fact known concerning this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause that Ruthann M. Rankin ("RANKIN") committed the violations listed above.

## FACTS SUPPORTING FINDINGS OF PROBABLE CAUSE

5. In or around November 2025, US Postal Inspectors in Columbus, Ohio received information from detectives with the Logan County Ohio Sheriff's Office (LCSO) regarding an ongoing investigation involving RANKIN. LCSO had received information that RANKIN, along with her husband, Justin Robert Salsburey ("SALSBUREY") was receiving shipments of bulk narcotics via United States Postal Service (USPS) parcels to their residence, 309 West Brown Avenue, Bellefontaine, Ohio 43311.

6. US Postal Inspectors determined that between approximately August 1, 2024, and December 22, 2025, approximately two hundred sixty-one (261) parcels from locations throughout the United States have been delivered to 309 West Brown Ave via the USPS. Most of these parcels have been addressed to variations of the name "Justin Salsburey" including "JS" and "Justin S."

7. Of these approximately two hundred sixty-one (261) parcels, one hundred ten (110) were sent using PC postage or were mailed from USPS retail locations, as opposed to commercial mailings. Of these, thirty-one were mailed using postage generated from websites known to sell USPS postage in exchange for cryptocurrency, specifically the websites "bitcoinpostage.info" and "cryptopostage.info." Investigators are aware the use of cryptocurrencies to pay for postage is appealing to individuals who traffic controlled substances or other contraband via the USPS, specifically for the shipment of items purchased on darknet marketplaces. These postage websites allow shippers to enter any return name and/or address that they wish, creating a level of anonymity while at the same time legitimizing the shipments by using labels that appear to be coming from a valid address. They also allow for the preprinting of labels which enables the shipper to deposit parcels into USPS drop boxes and eliminates the need to go into a USPS retail location and interact with USPS employees.

## TRASH PULL

8. On or about November 18, 2025, investigators with LCSO conducted a "trash pull" from the trash receptacle associated with 309 West Brown Avenue. The recovered items were transported to a nearby law enforcement facility to be examined and documented. Among the recovered items were:

- Multiple syringes;
- FedEx parcel packaging;
- Other packaging materials;
- Multiple glass vials;
- Multiple empty USPS parcel packages;
- One clear Ziploc style baggie; and
- A USPS packing slip.

9. The clear Ziploc style baggie recovered from trash pull occurring on or about November 18, 2025, at 309 West Brown Avenue was subsequently tested by Central Ohio HIDTA investigators on November 21, 2025, using the MX908 Drug Hunter device. This test indicated a positive alert for the presence of fentanyl.

BROWN PARCEL 1

10. On or about November 20, 2025, USPIS interdiction personnel in Columbus, Ohio interdicted the USPS Priority Mail parcel bearing tracking number 9405 5379 0239 5654 9720 37 (hereinafter, "BROWN PARCEL 1") upon arrival at a USPS mail processing facility in Columbus, Ohio. BROWN PARCEL 1 was addressed to "JUSTIN S, 309 W BROWN AVE, BELLEFONTAINE OH 43311-2105," with a return address of "JACK AGUILAR, 1195 E 9TH ST, POMONA CA 91766-6901." BROWN PARCEL 1 was a size small USPS Priority Mail box measuring approximately 8 ½" x 5 ½" x 1 ¾" that weighed approximately 5.3 ounces. BROWN PARCEL 1 was first scanned at the USPS Anaheim Mail Processing and Distribution Center, Anaheim, California, indicating it was likely deposited in a USPS mail collection box at a location serviced by this facility. BROWN PARCEL 1 was mailed using an EasyPost electronic postage account. Below is a picture of BROWN PARCEL 1.



11. Among the suspicious characteristics of the BROWN PARCEL 1 is the EasyPost electronic postage account used in the mailing of this parcel. A query of USPS databases determined that the EasyPost electronic postage meter used in the mailing of BROWN PARCEL 1 has been subleased to a company doing business under the name Cryptopostage.info. As the name implies, Cryptopostage.info advertises and sells USPS postage paid for with cryptocurrency. Cryptocurrency (i.e. Bitcoin/Ethereum) is a form of electronic currency frequently used in transactions on darknet marketplaces. A darknet marketplace is a commercial website on the dark web that functions primarily as an online black market, selling or brokering transactions involving controlled substances or other contraband items. Based on my training and experience, I know the ability to purchase postage with cryptocurrency is appealing to vendors on darknet marketplaces,

specifically vendors operating on these platforms and selling controlled substances, for the reasons previously discussed.

12. On or about November 20, 2025, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the destination information contained on BROWN PARCEL 1. The destination address, "309 W BROWN AVE" is known to investigators to be the residence of "Justin S" aka SALSBUREY.

13. From a prior review of information contained on parcels previously delivered to 309 West Brown Avenue, investigators are aware the return address, "1195 E 9th ST," is a valid address in the 91766-zip code and the name "JACK AGUILAR" is not associated with this address. On or about November 20, 2025, investigators rechecked USPS, law enforcement, and open-source electronic databases to determine the validity of the return information contained on BROWN PARCEL 1. Investigators once again confirmed the return address, "1195 E 9th ST," is a valid address in the 91766-zip code and the name "JACK AGUILAR" is not associated with this address.

14. Because BROWN PARCEL 1 originated in California, a state known as a source of controlled substances being mailed to Central Ohio, the return name was not found to be associated with the return address, and due to the use of an electronic postage account, known by investigators to be used to mail contraband purchased on darknet marketplaces, BROWN PARCEL 1 was submitted for examination by a drug detecting canine which provided a positive indication for the presence of narcotic odor.

15. On or about November 20, 2025, a federal search warrant for BROWN PARCEL 1 was applied for and granted by the Honorable Kimberly A. Jolson, US Magistrate Judge for the Southern District of Ohio. The search warrant was executed on November 21, 2025. BROWN

PARCEL 1 was found to contain approximately 119 grams of small circular blue pills bearing the imprint "M30" which is consistent with counterfeit oxycontin. One of these blue pills field tested positive for the presence of fentanyl using a MX908 Drug Hunter narcotics analyzer. Below is an image showing the contents of BROWN PARCEL 1.



BROWN PARCEL 2

16. On or about December 2, 2025, US Postal Inspectors in Columbus, Ohio identified the USPS Priority Mail parcel bearing tracking number 9405 5362 0830 3297 3577 64 (hereinafter, "BROWN PARCEL 2").

17. BROWN PARCEL 2 was addressed to "Justin S, 309 W BROWN AVE, BELLEFONTAINE OH 43311-2105," with a return address of "KEVIN COUGAR, 222 WARING AVE, RIVERSIDE CA 92507." BROWN PARCEL 2 was a small USPS Priority Mail flat rate box that weighed approximately 7.5 ounces. BROWN PARCEL 2 was first physically scanned by USPS at a mail processing facility in Anaheim, California, indicating it was likely deposited into a USPS collection box served by this facility. The postage used to mail BROWN

PARCEL 2 was paid for using an electronic postage account associated with the website "bitcoinpostage.info." Below is an image of BROWN PARCEL 2.



18. Investigators conducted checks of law enforcement, USPS, and open-source electronic databases to determine the validity of the destination and return information indicated on BROWN PARCEL 2. The destination address, "309 W BROWN AVE," is known to investigators to be a valid address and the name Justin S, aka SALSBUREY, is known to reside at this address. The return address, "222 WARING AVE," was found to be a valid and deliverable address in the 92507-zip code, however investigators were unable to associate the name "Kevin Cougar" with the address. It is believed by investigators that BROWN PARCEL 2 was a replacement for BROWN PARCEL 1 which was seized by US Postal Inspectors.

19. Checks of US Postal Inspection Service (USPIS) databases revealed that in or around November 2025, two USPS Priority Mail parcels bearing the same return name and address and mailed from the same area of Southern California as BROWN PARCEL 2, were seized by US

Postal Inspectors pursuant to federal search warrants issued in the District of Alaska. These two parcels were each found to contain suspected methamphetamine, totaling approximately 4,620 grams.

20. Additional checks of USPS business records indicated that on December 1, 2025, at approximately 6:36pm, the telephone number 419-890-8590 was used to request SMS tracking notifications for BROWN PARCEL 2. Using law enforcement databases, this telephone number was found to be associated with SALSBUREY. Additionally, on December 1, 2025, at approximately 10:34pm, the email addresses rrankin87@gmail.com and jsals22@protonmail.com were used to request expected delivery updates for BROWN PARCEL 2. These two email addresses correspond with RANKIN and SALSBUREY.

21. For operations security reasons, BROWN PARCEL 2, which had not been opened by investigators, was allowed to remain in the custody of the USPS and was delivered by the regular USPS Letter Carrier on December 8, 2025, at approximately 12:46pm.

22. On December 8, 2025, investigators conducted surveillance of 309 West Brown Avenue prior to, during, and following delivery of BROWN PARCEL 2. At approximately 3:53pm, RANKIN arrived at the residence and retrieved BROWN PARCEL 2 before taking it inside.

23. At approximately 7:10pm, SALSBUREY arrived at 309 West Brown Avenue and parked in front of the structure before entering the home through the front door. A short time later, investigators observed SALSBUREY open the front door of 309 West Brown Avenue, lean out, and place an unidentified object on the front porch next to the door, directly below the mailbox. SALSBUREY then went back into 309 West Brown Avenue, closing the door behind him. At approximately 7:53pm, investigators observed an unidentified white female arrive and approach

the front door/porch of 309 West Brown Avenue.  This female was seen placing something into the mailbox of 309 West Brown Avenue before retrieving an unknown item from the exact location where SALSBUREY had placed the item a short time before.  This female then departed the area in a 2002 Red Honda Accord bearing Ohio registration JIA7466.  The vehicle was lost during surveillance a short time later.

## BROWN PARCEL 3

24. On or about December 29, 2025, USPIS interdiction personnel in Columbus, Ohio interdicted the USPS Priority Mail parcel bearing tracking number 9405 5362 0830 3299 8640 93 (hereinafter, "BROWN PARCEL 3") upon arrival at a United States Postal Service (USPS) mail processing facility in Columbus, Ohio.  BROWN PARCEL 3 was addressed to "JUSTIN S, 309 W BROWN AVE, BELLEFONTAINE OH 43311-2105," with a return address of "Robert Williams, 405 S GILBERT ST, HEMET, CA 92543."  BROWN PARCEL 3 was a size small USPS Priority Mail box measuring approximately 8 ½" x 5 ½" x 1 ¾" that weighed approximately 8.3 ounces.  BROWN PARCEL 3 was first scanned at the USPS Anaheim Mail Processing and Distribution Center, Anaheim, California, indicating it was likely deposited in a USPS mail collection box at a location serviced by this facility.  BROWN PARCEL 3 was mailed using an EasyPost electronic postage account determined to be associated with the website "bitcoinpostage.info."

25. Investigators are aware the destination address indicated on BROWN PARCEL 3, "309 BROWN AVE," is a valid and deliverable address in the 43311-zip code.  Investigators are also aware the name "JUSTIN S," aka SALSBUREY, is associated with the address.

26. On or about December 29, 2025, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the return information

contained on BROWN PARCEL 3. The return address, "405 S GILBERT ST," was determined to be a valid address in the 92543-zip code. The name "Robert Williams" was not found to be associated with this address.

27. Based on the size/weight of BROWN PARCEL 3, its mailing location, packaging and method of payment, it is believed this parcel was mailed by the same individual(s) as BROWN PARCELs 1 & 2.

## SEARCH WARRANT EXECUTION / 309 WEST BROWN AVENUE

28. On or about December 30, 2025, law enforcement from multiple agencies executed a federal search warrant at 309 West Brown Avenue, Bellefontaine, Ohio 43311. Prior to execution of the search warrant, surveillance was conducted at the location.

29. At approximately 2:39pm, RANKIN was seen exiting the front door of the residence and placing something into a small cooler located on the front porch. RANKIN then went back inside. A short time later, an individual, later identified by Ohio driver's license as Tristan E. Aulds ("AULDS") was seen arriving at the residence. AULDS appeared to retrieve an object from the cooler before departing.

30. At approximately 4:30pm BROWN PARCEL 3 was delivered to the address by an undercover US Postal Inspector. BROWN PARCEL 3 was not opened and/or searched by law enforcement but was delivered in furtherance of this investigation. At approximately 4:36pm BROWN PARCEL 3 was taken into the residence by RANKIN.

31. At approximately 5:18pm, RANKIN was seen exiting the front door of the residence. RANKIN appeared, once again, to put something inside the cooler before returning to the residence.

32. At approximately 5:35pm, the search warrant was executed at 309 West Brown Avenue. RANKIN was found to be the only person inside the residence at the time the search warrant was executed.

33. During the search of the residence, investigators recovered approximately 264 grams of blue pills which field tested positive for the presence of fentanyl, approximately 938 grams of orange pills which field tested positive for the presence of methamphetamine, approximately 19 grams of triangular shaped orange pills which field tested positive for the presence of MDMA, along with various other suspected controlled substances and steroids. A plastic "ZYN" container was recovered from the cooler on the front porch. The "ZYN" container was found to contain approximately 13 grams of orange pills which field tested positive for the presence of methamphetamine. Below are photos showing the location of the cooler and contents.





34. BROWN PARCEL 3 was recovered, unopened, and was found to contain approximately 139 additional grams of blue pills which field tested positive for the presence of fentanyl. Many of these suspected controlled substances were in plain view and were not hidden or concealed.

35. In addition to the suspected controlled substances, investigators recovered multiple firearms, packaging materials, and shipping labels. Numerous empty "ZYN" and "VELO" containers were identified inside the residence. Inside a purse in the residence, investigators located a school identification badge for RANKIN as well as a plastic "VELO" container which contained orange pills consistent with other pills identified in the residence which field tested positive for the presence of methamphetamine. Investigators are aware RANKIN is currently employed as a teacher at Urbana City Schools. Below are photos showing the contents of the purse and VELO container.



36. Investigators located and interviewed AULDS at his residence, 9579 State Route 117, Belle Center, Ohio 43310. AULDS stated he typically texts SALSBUREY to acquire Adderall, which he purchases for $100/20 pills or $300/60 pills. AULDS provided verbal consent to investigators to review his text messages with SALSBUREY. In a recent text conversation, AULDS reached out to SALSBUREY and SALSBUREY replied "my girl (RANKIN) is home",

implying RANKIN could assist with providing the pills in SALSBURERY's absence. AULDS gave investigators the "ZYN" container he had retrieved earlier from 309 West Brown Avenue and RANKIN had been observed placing in the cooler. The "ZYN" container was found to contain approximately 11 grams of orange pills which field tested positive for the presence of methamphetamine. Below is a photo showing the "ZYN" container and contents, recovered from AULDS.



37. On or about December 30, 2025, RANKIN was transported to the Logan County Ohio Sheriff's Office and interviewed by investigators. During the interview, RANKIN stated she assists her husband, SALSBUREY, by putting steroids and "Adderall" pills (orange pills which field tested positive for the presence of methamphetamine) in the mailbox at her residence for people to pick up. RANKIN said she brings parcels for her husband inside the house but does not open them. RANKIN states she believes the small blue pills (known to investigators to field test positive for the presence of fentanyl) are "Benzo's." RANKIN told investigators SALSBUREY started selling steroids and this progressed into selling other drugs. RANKIN said she knew the

small blue pills were something SALSBUREY should not be selling. RANKIN told investigators she has been placing vials of steroids, blue pills, and orange pills in the mailbox or cooler a couple times a week for the past six months, always at the direction of SALSBUREY.

## CONCLUSION

38. Based on the facts set forth in the Affidavit, I maintain there is probable cause to believe that Ruthann M. Rankin, did knowingly conspire with others to distribute and possess with intent to distribute 40 grams or more of fentanyl, in violation of Title 21 United States Code, Sections 846, 841(a)(1), and (b)(1)(B)(vi) and did knowingly possess with intent to distribute a detectable amount of fentanyl and methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C). Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant for the above individual.

*Justin Koble*

Justin D. Koble

United States Postal Inspector

Sworn to before me, and subscribed in my presence, this  5th  day of January 2026, in Columbus, Ohio.

*Chelsey M. Vascura*

Chelsey M. Vascura
United States Magistrate Judge